UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHRISTOPHER GAINFORTH,
        Plaintiff,

v.                                        Civil No. 2:15cv205

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,
        Defendant.

## FINAL ORDER

Plaintiff Christopher Gainforth ("Mr. Gainforth") brought this action under 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Social Security Commissioner ("Commissioner") denying his claim for disability insurance benefits under Title II of the Social Security Act. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges, this matter was referred to a United States Magistrate Judge for a Report and Recommendation.

In a Report and Recommendation ("R&R") filed May 9, 2016, the Magistrate Judge found that the Administrative Law Judge's decision to deny Mr. Gainforth's claim was supported by substantial evidence. *See* ECF No. 19 at 19. Accordingly, the Magistrate Judge recommended granting the Commissioner's motion for summary judgment, denying Mr. Gainforth's motion for summary judgment, affirming the final decision of the Commissioner, and dismissing this matter with prejudice. *Id.* at 24.

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen days from the date the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely specific written objections to the . . . findings and recommendations [set forth in the R&R] will result in a waiver of the right to appeal from a judgment of this Court based on such findings and recommendations." *Id.* at 24.

This Court has reviewed the R&R of the Magistrate Judge (ECF No. 19) and **ADOPTS** and **APPROVES** in full the findings and recommendations set forth therein. Accordingly, it is **ORDERED** that the Commissioner's Motion for Summary Judgment (ECF No. 16) is **GRANTED**, Mr. Gainforth's Motion for Summary Judgment (ECF No. 12) is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. Judgment shall be entered in favor of the Commissioner, and this matter is **DISMISSED WITH PREJUDICE**.

The Clerk is **REQUESTED** to send a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
_____
Arenda L. Wright Allen
United States District Judge

6·29, 2016
Norfolk, Virginia